**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **VANESSA ADAMS** | * | **CIVIL ACTION NO. 19-0585** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **FRANKLIN PARISH SCHOOL BOARD** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Franklin Parish School Board's motion to dismiss for failure to state a claim upon which relief can be granted, [Doc. # 3] is **GRANTED** in part, **DISMISSING WITH PREJUDICE** Plaintiff's Title VII and LEDL claims stemming from the adverse employment action in 2013 and **DISMISSING WITH PREJUDICE,** Plaintiff's claims under Section 1981 in the absence of an amendment, and **DENIED** in part, allowing Plaintiff's claims stemming from the adverse employment actions in 2018 to proceed.

MONROE, Louisiana, this 25th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE